COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-124-CR

                                                 
 

RONALD WAYNE MULLINS, II               APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM COUNTY CRIMINAL
 COURT NO. 5 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See
 
Tex. R. App. P. 42.2 (
a
),
 43.2(f). 

PER CURIAM

PANEL D: 
LIVINGSTON, DAUPHINOT, and HOLMAN
, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: June 23, 2005. 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.